■ JOSEPH A. CARINO, Appellant, v EARL PILON, as Chairman of the Zoning Board of Appeals of the Town of Deerfield, et al., Respondents.—Judgment unanimously affirmed without costs. Memorandum: We affirm for the reasons set forth in the memorandum at Special Term (O'Donnell, J.). We add only that a CPLR article 78 proceeding is not the proper proceeding in which to challenge the constitutionality of a zoning ordinance (Matter of Overhill Bldg. Co. v Delany, 28 NY2d 449, 458). (Appeal from judgment of Supreme Court, Oneida County, O'Donnell, J.—art 78.) Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.